WENDY MEDURA KRINCEK, ESQ., Bar # 6417
KAITLYN M. BURKE, ESQ., Bar #13454
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:        702.862.8811
Email:  wkrincek@littler.com
Email:  kmburke@littler.com

Attorneys for Defendant
NBC NEVADA MERCHANTS, INC. d/b/a MARMAXX LAS VEGAS DISTRIBUTION CENTER

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CAROLYN WARE,<br><br>           Plaintiff,<br><br>vs.<br><br>NBC NEVADA MERCHANTS, INC. d/b/a MARMAXX LAS VEGAS DISTRIBUTION CENTER,<br><br>           Defendant. | Case No. 2:16-cv-00135-JCM-CWH<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING<br><br>[FIRST REQUEST] |

   Pursuant to Local Rules 6-1 and 7-1, Plaintiff CAROLYN WARE ("Plaintiff") and Defendant NBC NEVADA MERCHANTS, INC. d/b/a MARMAXX LAS VEGAS DISTRIBUTION CENTER ("Defendant"), by and through their respective counsel, do hereby stipulate and agree to an extension of two weeks to the deadline for Defendant to file a responsive pleading to Plaintiff's Complaint, up to and including Wednesday, March 2, 2016.

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

This Stipulation is made in good faith and not for purposes of delay as Defense Counsel has recently been retained and needs sufficient time to prepare the responsive pleading.

Dated: February 17, 2016            Dated: February 17, 2016

LIZADA LAW FIRM, LTD.            LITTLER MENDELSON


By: /s/ Angela J. Lizada, Esq.            By: /s/ Kaitlyn M. Burke, Esq.
    ANGELA J. LIZADA, ESQ.                WENDY M. KRINCEK, ESQ.
                    KAITLYN M. BURKE, ESQ.

    Attorney for Plaintiff                Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

Dated this __18th__ day of February, 2016.

_____
THE HONORABLE C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

Firmwide:138665295.1 053070.1000

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.